# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BRANDIE WRIGHT, | ) | |
| | ) | CASE NO. 5:15cv2221 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| BLUESTEM BRANDS, INC. d/b/a | ) | |
| FINGERHUT, | ) | STIPULATION OF DISMISSAL |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective cousel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Bluestem Brands, Inc. d/b/a Fingerhut with prejudice and without costs to any party.

Dated: February 22, 2016              Respectfully submitted,

| | |
|---|---|
| s/ Amy Bennecoff Ginsburg | s/ Erin L. Hoffman |
| Amy Bennecoff Ginsburg | Erin L. Hoffman |
| Kimmel & Silverman | FAEGRE BAKER DANIELS LLP |
| 30 East Butler Pike | 2200 Wells Fargo Center |
| Ambler, PA 19002 | 90 South Seventh Street |
| Tel: (215) 540-8888 | Minneapolis, MN 55402-3901 |
| Fax (215) 540-8817 | Tel: (612) 766-7000 |
| aginsburg@creditlaw.com | Fax: (612) 766-1600 |
| | erin.hoffman@FaegreBD.com |
| | Ohio Bar No. 077946 |
| *Attorney for Plaintiff, Brandie Wright* | *Attorney for Defendant Bluestem Brands, Inc. d/b/a Fingerhut* |

## Certificate of Service

  I hereby certify that on February 22, 2016, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                s/ Erin L. Hoffman
                Erin L. Hoffman
                FAEGRE BAKER DANIELS LLP
                2200 Wells Fargo Center
                90 South Seventh Street
                Minneapolis, MN 55402-3901
                Tel: (612) 766-7000
                Fax: (612) 766-1600
                erin.hoffman@FaegreBD.com
                Ohio Bar No. 077946

                *Attorney for Defendant Bluestem Brands, Inc. d/b/a Fingerhut*